1  CENTER FOR DISABILITY ACCESS
   Amanda Seabock, SBN 289900
2  Dennis Price, SBN 279082
   8033 Linda Vista Road, Suite 200
3  San Diego, CA 92111
   (858) 375-7385; (888) 422-5191 fax
4  phylg@potterhandy.com

5  Attorneys for Plaintiff

6                    UNITED STATES DISTRICT COURT
7                    NORTHERN DISTRICT OF CALIFORNIA

8  **Scott Johnson**,                    ) Case No.: 5:19-cv-06780-LHK
                                          )
9         Plaintiff,                      )
                                          )
10    v.                                  ) **NOTICE OF SETTLEMENT**
                                          )
11 **Julie T. Wolfgram**, in individual and )
   representative capacity as successor   )
12 trustee of the Takeshi J and Mabel     )
   Inouye 1989 Family Trust;              )
13 **Dean K. Inouye**, in individual and  )
   representative capacity as successor   )
14 trustee of the Takeshi J and Mabel     )
   Inouye 1989 Family Trust;              )
15 **Julie T. Wolfgram**, in individual and )
   representative capacity as trustee of the )
16 Randal N. Wolfgram and Julie T.        )
   Wolfgram 2018 Inter Vivos Trust;       )
17 **Dean K. Inouye**, in individual and  )
   representative capacity as trustee of the )
18 of the Dean K. Inouye 2018 Inter Vivos )
   Trust;                                 )
19 **Au Energy, LLC**, a Delaware Limited )
   Liability Company; and Does 1-10,      )
20                                        )
          Defendants.                     )

21

22      The plaintiff hereby notifies the court that a global settlement has been reached in
23 the above-captioned case.
24      The plaintiff expects that the stipulation for dismissal with prejudice as to all
25 parties will be filed within 60 days.
26
27
28

CENTER FOR DISABILITY ACCESS

Dated: February 11, 2020    By:   /s/ Amanda Seabock
                                  Amanda Seabock
                                  Attorney for Plaintiff