CENTER FOR DISABILITY ACCESS
Amanda Seabock, Esq., SBN 289900
Chris Carson, Esq., SBN 280048
Dennis Price, Esq., SBN 279082
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

JAN BUDDINGH, JR. (SBN: 113740)
jbuddingh@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101
Telephone: (619) 696-6700
Facsimile: (619) 696-7124
Attorneys for Defendants
Julie T. Wolfgram; Dean K. Inouye and Au Energy, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br>v.<br><br>JULIE T. WOLFGRAM, in individual and representative capacity as successor trustee of the Takeshi J and Mabel Inouye 1989 Family Trust; DEAN K. INOUYE, in individual and representative capacity as successor trustee of the Takeshi J and Mabel Inouye 1989 Family Trust; JULIE T. WOLFGRAM, in individual and representative capacity as trustee of the Randal N. Wolfgram and Julie T. Wolfgram 2018 Inter Vivos Trust; DEAN K. INOUVE, in individual and representative capacity as trustee of the of the Dean K. Inouye 2018 Inter Vivos Trust; AU ENERGY, LLC, a Delaware Limited Liability Company; and Does 1-10,<br><br>    Defendants. | Case No.: 5:19-CV-06780-LHK<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.C.P. 41 (a)(1)(A)(ii)** |

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: August 10, 2020          CENTER FOR DISABILITY ACCESS

By:  */s/Amanda Lockhart Seabock*
    Amanda Lockhart Seabock
    Attorneys for Plaintiff

Dated: August 10, 2020          GORDON REES SCULLY MANSUKHANI, LLP

By:  */s/Jan Buddingh, Jr.*
    Jan Buddingh, Jr.
    Attorneys for Defendants
    Julie T. Wolfgram; Dean K. Inouye and Au Energy, LLC

**SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Jan Buddingh, Jr., counsel for Julie T. Wolfgram; Dean K. Inouye and Au Energy, LLC, and that I have obtained authorization to affix his electronic signature to this document.

Dated: August 10, 2020            CENTER FOR DISABILITY ACCESS

                                  By:   */s/Amanda Lockhart Seabock*
                                         Amanda Lockhart Seabock
                                         Attorneys for Plaintiff